**Opinion issued September 16, 2021**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-21-00479-CV

————————————

## IN RE MEMORIAL HERMANN HEALTH SYSTEM D/B/A MEMORIAL HERMANN SUGAR LAND HOSPITAL, DR. SHORMI K. JAHAN DURANI, AND DR. WANG LI, Relators

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relators Memorial Hermann Health System d/b/a Memorial Hermann Sugar

Land Hospital, Dr. Shormi K. Jahan Durani, and Dr. Wang Li filed a petition for

writ of mandamus challenging the order granted by Respondent Rodney O'Neil

Williams on September 3, 2021.[1]  On September 7, 2021, Relators filed a motion to dismiss their petition.

We grant Relators' motion and dismiss their petition for writ of mandamus. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Rivas-Molloy and Guerra.

---

[1]     The underlying case is *Gloria Lopez, as Wife and Power of Attorney for Pete Lopez v. Dr. Shormi K. Jahan Durani, Dr. Sandip R. Desai, Dr. Wang Li, and Memorial Hermann Health System d/b/a Memorial Hermann Sugar Land Hospital*, Cause Number 21-DCV-286764, pending in the 268th District Court of Fort Bend County, Texas, the Honorable Rodney O'Neil Williams presiding.